

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:CV-07-897 |
| | ) | |
| v. | ) | (Judge Ambrose) |
| | ) | |
| $6,000.00 in United States Currency, | ) ) | |
| | ) | |
| Defendant. | ) | (Electronically filed) |

NOTICE OF DISMISSAL OF CIVIL FORFEITURE ACTION

NOW COMES the plaintiff, United States of America, by and through Mary Beth Buchanan, United States Attorney, and Gordon A.D. Zubrod, Special Assistant United States Attorney, and hereby moves pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure to dismiss the civil forfeiture action filed in the above-captioned action and, in support thereof, states as follows:

1) This is a civil forfeiture action in rem;

2) The United States filed this forfeiture action in the Western District of Pennsylvania because the defendant currency was actually seized within the Western District of Pennsylvania;

3) However, the defendant currency remains in the custody of the Middle District of Pennsylvania. Under these circumstances,



the United States seeks to move this forfeiture action to the Middle District of Pennsylvania for processing;

3) Therefore, the defendant currency is no longer available for civil judicial forfeiture in the Western District of Pennsylvania.

WHEREFORE, it is respectfully requested that this instant forfeiture action be dismissed without prejudice.

Respectfully submitted,

MARY BETH BUCHANAN
UNITED STATES ATTORNEY

By: s/Gordon A.D. Zubrod
GORDON A.D. ZUBROD
Special Assistant U.S. Attorney
for the Western District of
Pennsylvania
P.O. Box 11754
Harrisburg, PA 17108-1754
(717)221-4482
Fax: (717)221-2246
gordon.zubrod@usdoj.gov
PA20792

8/7/07

Granted. This action is dismissed without prejudice.

Donetta F. Ambrose